1
2
3
4

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN A. McMILLAN and SHAWN M. TRYON, <br><br>        Plaintiffs, <br><br>    v. <br><br>HYDRAFAB NORTHWEST, Inc. a Washington Corporation; and CHRISTOPHER L. HENJUM, individually, <br><br>        Defendants. | NO. 2:14-cv-00272-SAB <br><br>**ORDER GRANTING STIPULATION FOR REMAND TO SPOKANE COUNTY SUPERIOR COURT** |

    Before the Court is the Stipulation for Remand to Spokane County Superior Court, ECF No. 4. This matter came before this Court under diversity jurisdiction pursuant to 28 U.S.C. § 1332. The Parties now stipulate that the above-entitled case be remanded to the Superior Court in Spokane County, Washington due to lack of complete jurisdiction as required by 28 U.S.C. § 1447(c). Plaintiff Brian A. McMillan, as well as Defendant Christopher L. Henjum are both residents of Spokane County, Washington. Defendant Hydrafab Northwest, Inc., is a Washington Corporation. Therefore, complete diversity jurisdiction does not exist necessary to provide this Court with jurisdiction pursuant to 28 U.S.C. § 1332.

//

ORDER GRANTING STIPULATION FOR REMAND TO SPOKANE COUNTY SUPERIOR COURT ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The Stipulation for Remand to Spokane County Superior Court, ECF No. 4 is **GRANTED.**
2. This matter is **remanded** to the Spokane County Superior Court.
3. This case is **dismissed**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel, and **close the file.**

**ENTERED** this 9th day of September, 2014.



_____
Stanley A. Bastian
United States District Judge

ORDER GRANTING STIPULATION FOR REMAND TO SPOKANE COUNTY SUPERIOR COURT ~ 2